People v Cabrera

2026 NY Slip Op 02849

May 6, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Wilfredo Cabrera, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 6, 2026

2022-08776, (Ind. No. 72806/21)

Cheryl E. Chambers, J.P.

Paul Wooten

Lillian Wan

Laurence L. Love, JJ.

Patricia Pazner, New York, NY (Robert C. Langdon of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Ann Bordley of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Raymond L. Rodriguez, J.), rendered September 23, 2022, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

ORDERED that the judgment is affirmed.

The defendant's waiver of the right to appeal does not preclude appellate review of his contention that the Supreme Court should have granted his motion to dismiss the indictment on the ground that Penal Law §§ 265.03(3), 265.01-b(1), and 265.01(1), the crimes charged therein, were unconstitutional under New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1). Moreover, the defendant has standing to challenge the constitutionality of these statutes (see People v Johnson, ___ NY3d ___, 2025 NY Slip Op 06528). Nevertheless, the defendant's contention that the statutes are unconstitutional is without merit. The Bruen decision had no impact on the constitutionality of New York State's criminal possession of a weapon statutes (see People v Johnson, ___ NY3d ___, 2025 NY Slip Op 06528; People v Mitchell, 244 AD3d 1005).

CHAMBERS, J.P., WOOTEN, WAN and LOVE, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court